UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

CHRISTIAN A. BEEN,

    Plaintiff,

v.

FLORIDA INJURY NETWORK, LLC d/b/a
1-800-INJURED, CAPITAL ADVERTISING,
LLC d/b/a 1-800-INJURED and ROBERTO
SACASA,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, FLORIDA INJURY NETWORK, LLC and CAPITAL ADVERTISING, LLC, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, with the United States District Court for the Southern District of Florida, Miami Division, and as the basis for the removal of this action states the following:

1. Plaintiff, Christian A. Been, ("Plaintiff") commenced this action on or about April 30, 2018, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida, Case No. 2018-14070-CA-01 (hereinafter referred to as the "Circuit Court Action").

2. Defendants, FLORIDA INJURY NETWORK, LLC and CAPITAL ADVERTISING, LLC, were served on June 6, 2018 with the Summons and Complaint in the Circuit Court Action.

3. This Notice of Removal has been filed within thirty (30) days after such service of process on these two Defendants, as required by 28 U.S.C. § 1446(b).

4. No further proceedings have occurred in this action, and the Civil Cover Sheet, the Summonses, the Complaint, and the Returns of Service constitute the only process, pleadings or papers served in this action. Copies of these documents are attached hereto as Composite Exhibit A pursuant to 28 U.S.C. § 1446(a).

5. Removal pursuant to 28 U.S.C. §§ 1441 and 1446 is proper in this case. Plaintiff's Complaint asserts a cause of action under a federal statute, the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA"), thereby conferring upon this Court original jurisdiction pursuant to 28 U.S.C. § 1331.

6. Upon the filing of this Notice of Removal, Defendants will give written notice thereof to attorneys for Plaintiff, and a copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required under 28 U.S.C. § 1446(d). See Exhibit B.

7. The filing of this Notice of Removal does not constitute a waiver of any defenses which may be available to Defendants.

8. This Notice of Removal is executed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Defendants, , FLORIDA INJURY NETWORK, LLC and CAPITAL ADVERTISING, LLC, respectfully requests that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 26th day of June, 2018.

/s/ Elizabeth M. Rodriguez
Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Elizabeth M. Rodriguez

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile:  305-416-5005
 (via CM/ECF)

WSACTIVELLP:9869648.1